# COUNTY OF SUFFOLK



**SUFFOLK COUNTY CLERK'S OFFICE**

**JUDITH A. PASCALE**
SUFFOLK COUNTY CLERK
*WWW.SUFFOLKCOUNTYNY.GOV*
Court Actions
631-852-2000 ext. 852

Date: 11/20/17

To whom it may concern:

Please find a Certified Copy of our Clerk's Minutes for the E-filed Supreme Court case, Index # 612114/17, along with a copy of the Notice of Removal.

Since the above mentioned case is E-filed, there are no hard copies of the documents.

If you have any questions, please call the number at the top of this page.

Thank you,

Court Actions

17 CV 6466 (ADS)(AYS)



# COUNTY CLERK'S OFFICE
## STATE OF NEW YORK
### COUNTY OF SUFFOLK

I, JUDITH A. PASCALE, Clerk of the County of Suffolk and the Court of Record thereof do hereby certify that I have compared the annexed with the original **CLERKS MINUTES (NYSCEF)** filed in my office on **11/20/2017** and, that the same is a true copy thereof, and of the whole of such original.

In Testimony Whereof, I have hereunto set my hand and affixed the seal of said County and Court this **11/20/2017**.

SUFFOLK COUNTY CLERK

*Judith A. Pascale*

JUDITH A. PASCALE

SEAL



NYSCEF
Suffolk County Supreme Court

**Document List**
Index # **612114/2017**

Created on:11/20/2017 03:06 PM

Case Caption:   SALLY GIL - v. - ENCORE RECEIVABLE MANAGEMENT, INC. et al
Judge Name:

| Doc# | Document Type/Information | Status | Date Received | Filed By |
|---|---|---|---|---|
| 1 | SUMMONS WITH NOTICE | Processed | 06/28/2017 | Pashkin, M. |
| 2 | EXHIBIT(S)<br>Collection Letter | Processed | 06/28/2017 | Pashkin, M. |
| 3 | AFFIRMATION/AFFIDAVIT OF SERVICE<br>Encore | Processed | 10/31/2017 | Pashkin, M. |
| 4 | AFFIRMATION/AFFIDAVIT OF SERVICE<br>Convergys | Processed | 10/31/2017 | Pashkin, M. |
| 5 | NOTICE OF REMOVAL / REMAND (PRE RJI)<br>Notice of Filing of Notice of Removal | Processed | 11/07/2017 | Silverman, E. |
| 6 | EXHIBIT(S)<br>Notice of Removal | Processed | 11/07/2017 | Silverman, E. |
| 7 | AFFIRMATION/AFFIDAVIT OF SERVICE | Processed | 11/07/2017 | Silverman, E. |

Page 1 of 1

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF SUFFOLK

---

SALLY GIL, on behalf of himself and all others similarly situated,

    Plaintiff,

-against-

ENCORE RECEIVABLE MANAGEMENT, INC. CONVERGYS CORPORATION,

    Defendants.

---

Index No. 612114/2017

**NOTICE OF FILING OF NOTICE OF REMOVAL OF ACTION**

**PLEASE TAKE NOTICE** that on November 7, 2017, Defendants Encore Receivable Management, Inc. and Convergys Corporation, filed a Notice of Removal of this action from the Supreme Court of the State of New York, County of Suffolk, where it is now pending, to the United States District Court for the Eastern District of New York, a copy of which is attached hereto.

Dated: New York, New York
      November 7, 2017

                              **HINSHAW & CULBERTSON LLP**
                              *Attorneys for Defendants*
                              ENCORE RECEIVABLE MANAGEMENT, INC. and CONVERGYS CORPORATION

                        By:  *s/Ellen B. Silverman*
                              Ellen B. Silverman
                              800 Third Avenue
                              13th Floor
                              New York, NY 10022
                              Tel: 212-471-6200

To:  Mitchell L. Pashkin, Esq.
      775 Park Avenue, Ste., 255
      Huntington, New York 11743
      Tel: 631-335-1107
      *Attorney for Plaintiff*

300695450v1 1003287