UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SALLY GIL, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>ENCORE RECEIVABLE MANAGEMENT, INC. et al.<br><br>Defendants. | Docket No. 2:17-cv-06466-JFB-SIL<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED,** by and between the plaintiff Sally Gil and defendants Encore Receivable Management, Inc. and Convergys Corp., that the above-entitled action is hereby dismissed with prejudice, and without attorneys' fees and costs against any party.

Dated:   New York, New York
         May 16, 2018

| | |
|---|---|
| **MITCHELL L. PASHKIN, ESQ.**<br>Attorneys for Plaintiff | **HINSHAW & CULBERTSON LLP**<br>Attorneys for Defendants |
| *s/ Mitchell L. Pashkin*<br>Mitchell L. Pashkin, Esq.<br>755 Park Avenue<br>Ste. 255<br>Huntington, NY 11743<br>Tel: 631-335-1107 | *s/ Nicholas A. Corsano*<br>Nicholas A. Corsano<br>800 Third Avenue<br>13th Floor<br>New York, NY 10022<br>Tel: 212-471-6200<br>ncorsano@hinshawlaw.com |

The Clerk of the Court shall close the case.

SO ORDERED
Joseph Bianco
Joseph F. Bianco
USDJ
Date: June 14, 20 18
Central Islip, N.Y.

301886136v1 1003287